# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT WATSON,<br><br>            Plaintiff,<br><br>v.<br><br>JUDGE JOSEPH KAMEEN, et al.,<br><br>            Defendants | CIVIL ACTION NO. 3:15-CV-01060<br><br>(MANNION, D.J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 25th day of August, 2015, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that Plaintiff's complaint (Doc. 1), be **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file an amended complaint, if he chooses to do so, within **thirty (30) days** of the entry of this Order. Failure to file an amended complaint within this timeframe will result in a recommendation of dismissal of this civil action in its entirety.

**Dated:** August 25, 2015                                               *s/ Karoline Mehalchick*
                                                                               **KAROLINE MEHALCHICK**
                                                                               **United States Magistrate Judge**