## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**VINCENT WATSON,** :

    **Plaintiff,** :   **CIVIL ACTION NO. 3:15-1060**

    **v.** :   **(JUDGE MANNION)**

**JUDGE JOSEPH KAMEEN, et al.,** :

    **Defendants.** :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report of Judge Mehalchick, (Doc. 8), is **ADOPTED IN ITS ENTIRETY**. Plaintiff's amended complaint, (Doc. 7), is **DISMISSED**. Leave to amend is **DENIED**. The Clerk is directed to close the case.

                                      s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**Date: November 12, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1060-01-Order.wpd